**Order entered November 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00988-CR

### VICTOR MANUEL CRUZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-25901-W**

## ORDER

The District Clerk is **ORDERED** to file, within ten days of the date of this order, a supplemental clerk's record containing the trial court's December 13, 2012 nunc pro tunc judgment deleting the deadly weapon finding from the court's June 29, 2012 judgment.

/s/      DAVID L. BRIDGES
          JUSTICE